## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–20421 – MMH**   Chapter: **7**

**Jamiu Lawal**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 7 Voluntary Petition Individual. Fee Amount $335 Filed by JAMIU LAWAL. Section 521(i)(1) Incomplete Filing date: 09/21/2018. (Onukwugha, Chidiebere)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/22/18.**

**The addresses for the creditors was not provide on the Creditor matrix.**

CURE: File an amended creditor matrix to include the addresses for the listed creditors.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 8/8/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

cc:   Debtor
      Attorney for Debtor – Chidiebere Onukwugha

defntc (rev. 12/12/2016)