## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–20421 – MMH**   Chapter: **7**

**Jamiu Lawal**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 19 – Amendment to List of Creditors.. Filed by Chidiebere Onukwugha. (Attachments: # 1 verification of creditor matrix) (Onukwugha, Chidiebere)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 9/5/18.**

**1. Certificate of Service with service of (Notice of Meeting Of Creditors) not provided.**

**2. Amended Creditor's Matrix Filing Fee not provided.**

CURE: A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

The filing fee of $31 for Amended Matrix/Schedule must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

U.S. Bankruptcy Court
U.S. Courthouse
6500 Cherrywood Lane, Suite 300
Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 8/22/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Calton Brown
(301) 344–0407

cc: Debtor
Attorney for Debtor – Chidiebere Onukwugha

defntc (rev. 12/12/2016)